CT ORIGINAL

SHIRLEY V. REMMERT, PRO·SE
I.D. # 1112552
WOMEN'S CORRECTIONAL CENTER
1590 MAPLE STREET - DORM C-34
REDWOOD CITY, CA 94063

**FILED**

JUN - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C07-80017-CW-MISC

DELFIN M. VENOYA,
   PLAINTIFF,

v.

SHIRLEY V. REMMERT ET AL.,
   DEFENDANTS

DEFENDANT REMMERT'S NOTICE OF CHANGE OF ADDRESS
(RE NOTICE OF REMOVAL "RECEIVED" BY COURT AND RELATED DOCUMENTS / SUPERIOR COURT CASE NO. CIV 438208)

I, DEFENDANT SHIRLEY V. REMMERT, GIVE NOTICE OF MY CHANGE OF ADDRESS AS LISTED ABOVE. ALL DEFENDANTS AND THE PLAINTIFF WERE SERVED C/O THIS JAIL ON THE DATE BELOW.

I DECLARE THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT UNDER THE PENALTIES FOR PERJURY OF THE FEDERAL LAWS.

DATE: MAY 22, 2007

*Shirley V. Remmert*
DEFENDANT