**FILED**
JUN 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 7, 2007

Superior Court of the State of California
San Mateo County
400 County Center
Redwood City, CA 94063

**RECEIVED**
JUN 1 3 2007
CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

RE: <u>CV 07-80117 CW MISC   Venoya-v-Remmert</u>
    Your Case Number: <u>(CIV438208)</u>
Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X) Certified copies of docket entries

(X) Certified copies of Remand Order

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg