```
 1
 2
 3                                                    FILED
 4  SHIRLEY V. REMMERT, PRO SE                        JUL 31 2007
 5  BK.# 1112552                                      RICHARD W. WIEKING
                                                      CLERK, U.S. DISTRICT COURT
 6  WOMEN'S CORRECTIONAL CENTER                       NORTHERN DISTRICT OF CALIFORNIA
                                                      OAKLAND
 7  1590 MAPLE STREET / DORM C-34
 8  REDWOOD CITY, CA 94063
 9  TEL: (650) 363-4000
10                UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12  DELFIN M. VENOYA,          | DEFENDANT REMMERT'S
13      PLAINTIFF,             | PROOF OF SERVICE
14      V                      | CASE NO. C-07-80117 CW
                               | (CIV478208)
15  SHIRLEY V. REMMERT,        |
16  JULIA C. VENOYA;           |
17  SAN MATEO COUNTY ETAL.     | (Certificate of Service)
18
19    I, Defendant Shirley V Remmert, hereby file a
20  Proof of Service of my NOTICE OF MOTION AND
21  MOTION FOR STAY OF 6-5-07 ORDER FOR REMAND in
22  the above case / MEMORANDUM OF POINTS AND AUTHORITIES, /
23  Proposed Order mailed to the following parties 4o this
24  jail on July 26, 2007:
25    (a) Attorney Irvin W. Fegley, 626 Jefferson Avenue,
26  #7, Redwood City, CA 94063
27    (b) County Counsels: Porter Goltz, + Judith A. Holiber,
28  400 County Center, Redwood City, CA 94063
29    (c) Superior Court, 400 County Center, Redwood City,
30  CA 94063                                          1 of 2
```

DEFENDANT REMMERT'S PROOF OF SERVICE/7.26.07/C-07-80117-M-CW7

I declare that the above statements are true and correct under the penalties for perjury of the state of California.

DATE: July 26, 2007   Respectfully Submitted,

By: Shirley V. Remmert
DEFENDANT

2 OF 2

DEFENDANT REMMERT'S PROOF OF SERVICE/ 7-26-07/C-07-80155 M-CW