United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFIN M. VENOYA,<br><br>    Plaintiff,<br><br>   v.<br><br>SHIRLEY V. REMMERT and JULIA C. VENOYA, <u>et al.</u>,<br><br>    Defendants.<br>_____/ | No. C 07-80117M CW<br><br>ORDER DENYING DEFENDANT'S MOTION FOR A STAY |

    Defendant Shirley V. Remmert moves for a stay of this Court's June 5, 2007 Order Denying Defendant's Request to Proceed <u>In Forma Pauperis</u> and Remanding Case. The Court has read Defendant's motion and finds that there is no cause to stay the order. Therefore, Defendant's motion to stay the remand order is DENIED.

    IT IS SO ORDERED.

Dated: 8/8/07

                              CLAUDIA WILKEN
                              United States District Judge

**UNITED STATES DISTRICT COURT**
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENOYA et al,

        Plaintiff,

v.

REMMERT et al,

        Defendant.

Case Number: CV07-80117 CW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirley V. Remmert
Women's Correctional Center
#1112552
1590 Maple Street - Dorm C-34
Redwood City, CA 94063

Dated: August 8, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2